UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20219-CIV-LENARD/WHITE

**VICTOR OSAGIE,**

    Plaintiff,

v.

**METRO DADE CORRECTIONS, et al.,**

    Defendants.
_____/

## ORDER ADOPTING PRELIMINARY REPORT OF MAGISTRATE JUDGE (D.E. 8)

**THIS CAUSE** is before the Court on the Preliminary Report and Recommendation issued by Magistrate Judge Patrick A. White on April 7, 2010 ("Preliminary Report," D.E. 8), pursuant to the initial screening procedure set forth in 28 U.S.C. § 1915A. The Preliminary Report recommends Plaintiff's excessive force claims proceed against Defendants Navarro and Fernandez, but instructs Plaintiff to file a proposed amended complaint with regard to his claims of inadequate medical treatment. No party filed objections to the Preliminary Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Preliminary Report, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that, consistent with this Order, the Preliminary Report and

Recommendation of Magistrate Judge Patrick A. White (D.E. 8), issued on April 7, 2010, is **ADOPTED** and Plaintiff's excessive force claims shall proceed against Defendants Navarro and Fernandez.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of April, 2010.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**