UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20219-CIV-LENARD/WHITE

**VICTOR OSAGIE,**

    Plaintiff,

v.

**METRO DADE CORRECTIONS, et al.,**

    Defendants.

_____/

**ORDER ADOPTING PRELIMINARY REPORT
OF MAGISTRATE JUDGE (D.E. 11)**

**THIS CAUSE** is before the Court on the Preliminary Report and Recommendation issued by Magistrate Judge Patrick A. White on April 28, 2010 ("Preliminary Report," D.E. 11), pursuant to the initial screening procedure set forth in 28 U.S.C. § 1915A. The Preliminary Report recommends Plaintiff's "Initial Complaint" (D.E. 9) be stricken as it adds no new substantive claims or additional defendants amenable to service. Plaintiff did not file any objections to the Preliminary Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Preliminary Report, the related pleadings, and the record, it is hereby

**ORDERED AND ADJUDGED** that, consistent with this Order, the Preliminary Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 11), issued on April 28, 2010,

is **ADOPTED** and Plaintiff's "Initial Complaint" (D.E. 9) is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**